IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

vs.                            Case No.: 8:09-cv-2353-T-23MAP

AAHB, Inc.,

    Defendant.
_____/

## STIPULATION TO DISMISS WITH PREJUDICE AND WITHOUT COSTS

The parties hereby stipulate and agree that this matter has been settled in its entirety and that the Court should dismiss this matter with prejudice and without fees and costs to either party except as set forth in the Settlement Agreement.

**STIPULATED AND AGREED TO BY:**

/s Todd W. Shulby
Todd W. Shulby, Esq.
Fla. Bar No.: 068365
4705 S.W. 148th Avenue
Suite 102
Davie, FL 33330-2417
Telephone (954)530-2236
Facismile (954) 530-6628
E-mail: tshulby@shulbylaw.com
Attorney for Plaintiff

/s Colleen M. Flynn
Colleen M. Flynn, Esq.
Fla. Bar No.: 0190470
Johnson, Pope, Bokor, Ruppel
& Burns, LLP
911 Chestnut Street
Clearwater, FL 33756
Telephone (727)461-1818
Facsimile (727) 441-8617
E-mail: colleenf@jpfirm.com
Attorney for Defendant

I HEREBY CERTIFY that a true copy hereof has been served via electronic filing CM/ECF on Todd W. Shulby, Esq., on the 20th day of May 2010.

/s Colleen M. Flynn

527513