UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

A. JOSEPH RAETANO,

    Plaintiff,

v.     CASE NO.: 8:09-cv-2353-T-23MAP

AAHB, INC.,

    Defendant.
_____/

### ORDER

The parties' joint stipulation of dismissal with prejudice (Doc. 27) is **APPROVED**. Pursuant to Rule 41(a), Federal Rules of Civil Procedure, this action is **DISMISSED WITH PREJUDICE,** with each party to bear its own costs and fees.

The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on May 25, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE